**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/19

TEL 212-227-8899

FAX 212-964-2926

December 4, 2019

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via fax* 212-805-7924

**MEMO ENDORSED**

Re: United States v. Samuel Sosa
19 Cr. 795 (SHS)

Your Honor

    I write to request an extension of time for Samuel Sosa's third co-signer to sign his bond. All co-signers were to sign by November 26, 2019. I just learned that the third co-signer was unable appear due to her work schedule.

    Mr. Sosa was released on a one hundred thousand dollar ($100,000.00) bond, to be co-signed by three people, two of whom have signed. Mr. Sosa is on home detention and subject to GPS monitoring, he has surrendered his passport, his travel is restricted to the SD and EDNY and he is reporting to pretrial.

    The government by, Adam Hobson, Esq., consents to this application. Therefore, I request that the Court grant a week extension, until December 11, 2019 for the final co-signer to sign Mr. Sosa's bond.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED: 12/4/19

*[signature]*

HON. SIDNEY H. STEIN