USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/19

**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street, Suite 400**
**New York, New York 10007**
**lscolarilaw@earthlink.net**

**TEL 212-227-8899**                                        **FAX 212-964-2926**

December 17, 2019

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

**Re: United States v. Samuel Sosa**
19 Cr. 795 (SHS)

Your Honor

I write to ask that the Court permit Samuel Sosa to move to New Jersey to live with his mother. Currently Mr. Sosa lives with his mother in the Bronx but she has found a new apartment in New Jersey. Mr. Sosa was released on a one hundred thousand dollar ($100,000.00) bond, that has been co-signed by three people, including his mother. He is on home detention and subject to GPS monitoring, he has surrendered his passport, his travel is restricted to the SD and EDNY and he is reporting to pretrial.

Mr. Sosa's pretrial officer, Ashley Cosme, is coordinating with the New Jersey pretrial office so that if the Court permits him to move, New Jersey pretrial will supervise Mr. Sosa's home detention and location monitoring in New Jersey.

The government by, Frank Balsamello, Esq., consents to this application. Therefore, I request that the Court permit Mr. Sosa to move to New Jersey to live with his mother and to permit expansion of his travel restrictions to include the District of New Jersey.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED: 12/18/19

_____

HON. SIDNEY H. STEIN