USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2020

LISA SCOLARI
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899

FAX 212-964-2926

January 23, 2020

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
via ECF

MEMO ENDORSED

Re: United States v. Samuel Sosa
19 Cr. 795 (SHS)

Your Honor

I write to request that the Court approve a change in Samuel Sosa's bond conditions. He is currently on home detention and we seek a curfew instead. If approved, Mr. Sosa will remain on electronic supervision with location monitoring but able to leave home during specific hours. I make this request so that he will be able work variable hours within his curfew. If the Court permits, the pretrial office will determine Mr. Sosa's curfew hours.

Mr. Sosa was released on a one hundred thousand dollar ($100,000.00) bond co-signed by three people, including his mother with whom he lives. He has surrendered his passport, his travel is restricted to the SD, EDNY and the District of NJ. He has been compliant with his release conditions.

The government, by Adam Hobson, Esq., consents to this request and Mr. Sosa's SDNY pretrial officer, Ashley Cosme, also consents.

Respectfully,

Lisa Scolari

Lisa Scolari

SO ORDERED: 1/24/2020

HON. SIDNEY H. STEIN