```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :      19-CR795-SHS
     -against-                        :      ORDER
                                      :
Samuel Sosa                           :
                                      :
         Defendant                    :
                                      :
--------------------------------------X
```

Sidney H. Stein, United States District Judge:

ORDERED that the defendant's conditions of release be modified to curfew with the hours and technology at the discretion of Pretrial Services.

Dated: New York, New York
       February 20, 2020

SO ORDERED

Sidney H. Stein
United States District Judge