**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                                                              FAX 212-964-2926

April 26, 2021

Honorable Sidney H. Stein
United States District Court                      **MEMO ENDORSED**
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Samuel Sosa
19 Cr. 795 (SHS)

Your Honor

    I write to request an adjournment in the above case which is scheduled for a conference on April 28, 2021. Inasmuch as Mr. Sosa intends to plead guilty and we have a date of May 27, 2021 for him to do so, we request that he be excused from the April 28, 2021 conference.

    As this adjournment is for the purposes of entering a plea, the time between now and May 27, 2021 should be excluded from speedy trial calculations. The government by, Frank Balsamello, Esq., consents to this application.

Respectfully,
*Lisa Scolari*
Lisa Scolari

**The plea for Mr. Sosa is scheduled for May 27, 2021, at 11:00 a.m. He is excused from the status conference on April 28. The time is excluded from calculation under the Speedy Trial Act from today until May 27, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).**

Dated: New York, New York
April 26, 2021                                        SO ORDERED:

                                                       Sidney H. Stein, U.S.D.J.