LISA SCOLARI
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899  FAX 212-964-2926

May 26, 2021

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

Re: **United States v. Samuel Sosa**
19 Cr. 795 (SHS)

Your Honor

    I write to request an adjournment in this case from the current scheduled date of May 27, 2021 to June 28, 2021 at 4:00 p.m. It is anticipated that Mr. Sosa will enter a guilty plea at that time. As this adjournment is for the purposes plea negotiations and a plea, the time between now and May 27, 2021 and June 28, 2021 should be excluded from speedy trial calculations. The government by, Adam Hobson, Esq., consents to this application.

Respectfully,

*Lisa Scolari*

Lisa Scolari

**The proceeding is adjourned to June 28, 2021, at 4:00 p.m. The time is excluded from calculation under the Speedy Trial Act from today until June 28, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. Sec. 3161(h)(7)(A).**

Dated: New York, New York
May 26, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.