**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                        FAX 212-964-2926

October 20, 2021

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

Re: United States v. Samuel Sosa
19 Cr. 795 (SHS)

Your Honor

    I write to request an adjournment of Samuel Sosa's sentence which is currently scheduled for November 2, 2021. The Court has permitted the defense to hire a mitigation specialist to develop mitigation and prepare a supplement to the defense memo. Due to the covid 19 pandemic the mitigation experts have had difficulty obtaining records needed to complete their report.

    I will be engaged in preparing for and trying a RICO conspiracy/murder trial during November that is expected to extend into December, 2021 and therefore request a sentence date in January, 2022. The government by, Adam Hobson, Esq., consents to this application.

Respectfully,
*Lisa Scolari*
Lisa Scolari

The sentencing is adjourned to January 18, 2022, at 4:00 p.m. The defense submissions are due by December 28, 2021, the government submissions are due by January 4, 2022. *No further adjournments.*

Dated: New York, New York
October 20, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.