UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SAMUEL SOSA,<br><br>Defendants. | 19-CR-795 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

     A bail review hearing having been held today in Courtroom 23A with all parties present.

     IT IS HEREBY ORDERED that Samuel Sosa is returned to home detention with electronic monitoring in lieu of curfew.

Dated: New York, New York
        December 17, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.