**LISA SCOLARI**
**Attorney at Law**
**20 Vesey Street, Suite 400**
**New York, New York 10007**
**lscolarilaw@earthlink.net**

**TEL 212-227-8899**                                                                    **FAX 212-964-2926**

January 5, 2022

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

**Re: United States v. Samuel Sosa**
19 Cr. 795 (SHS)

Your Honor

    I write to request an adjournment of Samuel Sosa's sentence which is currently
scheduled for January 18, 2022, to a date in early February. I need additional time to prepare my
sentencing submission.

    The government, by Frank Balsamello, Esq., consents to this application.

                                                              Respectfully,
                                                              Lisa Scolari
                                                              Lisa Scolari

Request denied. See endorsement dated October 20, 2021 (Doc 355). This Court tends to
say what it means and means what it says. Counsel
SO ORDERED:                                   is to submit des papers expeditiously. Sentencing
                                              remains at January 18 at 4 p.m. in Ctrm 23A.

HON. SIDNEY H. STEIN