UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  : 19-Cr-795 (SHS)

    -against- :

          ORDER

SAMUEL SOSA, :

         Defendant. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    A telephone conference having been held today, with counsel for all parties participating, and defense counsel having waived her client's appearance,

    IT IS HEREBY ORDERED that, at the request of defendant,

1. The defense submissions are due by February 2, 2022;

2. The government's submissions are due by February 4, 2022; and

3. The sentencing is adjourned to February 9, 2022, at 4:30 p.m.

Dated: New York, New York
       January 5, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.