LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                                                  FAX (212) 964-2926

May 20, 2022

Hon. Sidney H. Stein                           **MEMO ENDORSED**
United States District Court
500 Pearl Street
New York, New York 10007
*via ECF*

Re: **United States v. Samuel Sosa**
19 Cr. 795 (SHS)

Your Honor :

      I write to update the Court's on the status of efforts to enroll Samuel Sosa in an appropriate program. Unfortunately, although progress has been made, it has been far slower than we hoped and Sammy has not yet started in the Beyond 21program. He is still on track to enter the program but must have N.J. medicaid insurance to begin. The delay has been cased by bureaucratic difficulties encountered with the medicaid program, which took nearly two months to notify Sammy that there was a flaw in his application and that it had to be redone. The corrected application was filed quickly and we hope he will be approved for medicaid and in the program soon. The Beyond 21 program has advised that the are still willing to enroll Sammy.
      A updated status letter from Antonella Caiazza, the Social Worker who has been assisting Sammy, is attached. (Exhibit A)
      Sammy remains on home detention with an electronic monitor. In light of the forgoing, I request that the Court set a date for a further update on this matter in sixty days.

                                                    Respectfully,
                                                    *Lisa Scolari*
                                                    Lisa Scolari

**The next status update is due by July 20, 2022.**

Dated: New York, New York
           May 20, 2022

                                           **SO ORDERED:**
                                           *[signature]*
                                           Sidney H. Stein, U.S.D.J.