**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com
212-227-8899

September 3, 2022

Hon. Sidney H. Stein
United States District Court
500 Pearl Street
New York, New York 10007
via ECF

**MEMO ENDORSED**

Re: United States v. Samuel Sosa
19 Cr. 795 (SHS)

Your Honor:

  Pursuant to the Court's instructions, I write to update the Court on the status of Samuel Sosa's enrollment in the Beyond 21 program. Please accept my apology that this letter, which was due on August 26, 2022, is long overdue. I have been out of town on vacation, but that doesn't excuse my oversight.

  At long last, N.J. Medicaid approved Sammy's coverage and he entered the Beyond 21 program on August 17, 2022. A letter from Social Worker Antonella Caiazza, providing details of Sammy's participation in Beyond 21 to date is attached. (Exhibit A)

  Apart from attending the program, Sammy has continued to remain detained at home with an electronic monitor and has not had any problems.

  Sammy does not currently have a sentencing date. Ms. Caiazza and I respectfully suggest that the Court set a sentencing date in mid-November, 2023 by which time, Sammy will have been in the program for three months, enabling us to give the Court a more complete report on his progress.

Respectfully,

*Lisa Scolari*

Lisa Scolari

The sentencing will be held on November 15, 2022, at 12:00 p.m. The defense submission is due by October 25, the government submission is due by November 1.

Dated: New York, New York
   September 9, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.