**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com
212-227-8899

December 15, 2022

Hon. Sidney H. Stein
United States District Court          **MEMO ENDORSED**
500 Pearl Street
New York, New York 10007
*via ECF*

Re: United States v. Samuel Sosa
19 Cr. 795 (SHS)

Your Honor:

    I write to request an extension of time to file Samuel Sosa's sentencing memo which is due today, in relation to his January 12, 2023 sentencing. As the Court is aware, the pretrial office has just filed a report detailing several violations of his release conditions. I require the additional time to speak with Mr. Sosa and potentially address the issues raised in the report.

    The government, by Frank Balsamello, Esq., consents to this application and seeks leave to file the government memo on December 26, 2022. I consent to that request.

    Therefore, I ask that the Court permit me to file Mr. Sosa's sentencing memo on Monday, December 19, 2022 and allow the government to respond by December 26, 2022.

Respectfully,

*Lisa Scolari*

Lisa Scolari

**The request to submit the defense submission on December 19 and the government's submission by December 26 is granted.**

SO ORDERED

_____
HON. SIDNEY H. STEIN