UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-cr-795 (SHS) |
| v. | ORDER |
| SAMUEL SOSA, Defendant. | |

SIDNEY H. STEIN, U.S. District Judge.

    A conference having been held today, with defense counsel Samidh Guha, Assistant U.S. Attorney Frank Balsamello, and pretrial services officer Christina Venable present, IT IS HEREBY ORDERED that defendant be detained on consent of the parties and that defendant not be housed at the Metropolitan Detention Center (MDC). The next conference in this matter will be held on Thursday, January 5, 2023 at 10 a.m.

Dated: New York, New York
       December 29, 2022

SO ORDERED:

*[signature]*
Sidney H. Stein, U.S.D.J.