**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com
212-227-8899

January 1, 2023

Hon. Sidney H. Stein
United States District Court
500 Pearl Street
New York, New York 10007
*via ECF*

**MEMO ENDORSED**

**Re: United States v. Samuel Sosa**
19 Cr. 795 (SHS)

Your Honor:

    I write to request that the Court adjourn the conference scheduled for January 5, 2023 to Friday January 6, 2023, January 10, or 12, 2023. I cannot appear on January 5, 2023 as it is my CJA assignment day in Eastern District and I must be available as needed in court on that day.

    The government, by Frank Balsamello, Esq., consents to this request. He is available to appear on any of the following dates and times: any time on Friday January 6, 2023, on Tuesday January 10, 2023 between 1:00-3:00 and Thursday January 12, 2023 after 1:00.

Respectfully,
*Lisa Scolari*
Lisa Scolari

**The conference is adjourned to January 6, 2022, at 9:30 a.m.**

**Dated:** New York, New York
January 3, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.