UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,              :       19-Cr-795 (SHS)

    -against-                                              :

SAMUEL SOSA,                                      :       ORDER

                Defendant.             :
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the defendant is sentenced today to time served.

Dated: New York, New York
       February 22, 2023

                                     SO ORDERED:

                                     Sidney H. Stein, U.S.D.J.